tion of contracts for purposes other than public interest and public utility.

167 So.2d 670

**Van LINNEAR, individually and as administrator of the estate of the minor, Justin Wayne Linnear,**

v.

**Russell C. PETERSON et al.**

No. 47403.

Oct. 7, 1964.

In re: Van Linnear, etc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 165 So.2d 518.

The application is denied. According to the facts of the case as found by the Court of Appeal, there appears no error of law in the judgment complained of.

167 So.2d 671

**Oscar J. BROWN**

v.

**MARQUETTE CASUALTY COMPANY.**

No. 47411.

Oct. 7, 1964.

In re: Marquette Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 165 So.2d 544.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.